UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>LUMACK BELLOT,<br><br>Defendant. | Case No. 14-cv-02671-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, REMANDING CASE**<br><br>Re: Dkt. Nos. 7, 10 |
|---|---|

The Court has reviewed Judge James's Report and Recommendation Re: Notice of Removal and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is remanded to Alameda County Superior Court. The plaintiff's motion for remand is denied as moot. Any further attempt to remove this case will result in sanctions.

**IT IS SO ORDERED.**

Dated: July 10, 2014

_____
VINCE CHHABRIA
United States District Judge